IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF TENNESSEE
GREENEVILLE DIVISION

| | | |
|---|---|---|
| JOCOR ENTERPRISES, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 2:14-CV-315 |
| | ) | |
| VOLCANO VAPOR, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This action comes before the Court on Plaintiff's Motion for Settlement Enforcement. [doc. 26]. The undersigned referred the Motion to Magistrate Judge Clifton L. Corker on March 17, 2016. [doc. 28]. After a hearing on the matter was held, Magistrate Judge Corker entered a Report and Recommendation [doc. 31] in which he determined that the parties reached a valid Settlement Agreement and Release, which the defendant ultimately refused to sign. Judge Corker recommended that this Court enforce the Settlement Agreement. [doc. 31].

The undersigned is in agreement with Magistrate Judge Corker's assessment and the Report and Recommendation [doc. 31] is adopted as the judgment of this Court. The Settlement Agreement is hereby enforced. Judgment shall enter for Plaintiff and against Defendant in accordance with the terms of the Settlement Agreement, except for Paragraph Six, denominated "Fees and Costs." All costs of this action, including attorney's fees, shall be charged to the Defendant. Execution may be enforced for the

judgment and costs of this action as necessary.

Accordingly, Plaintiff's Motion to Enforce the Settlement [doc. 26] is **GRANTED**.

**IT IS SO ORDERED.**

ENTER:

s/ Thomas W. Phillips
United States District Judge